Opinion by DOWDELL, J.

---

# Hunt v. The State.

APPEAL from the City Court of Birmingham.
Tried before the Hon. CHAS. A. SENN.

No counsel marked as appearing for appellant.

MASSEY WILSON, Attorney-General, for the State.

This was an appeal from an order of the judge of the city court of Birmingham, denying the discharge of the appellant on *habeas corpus* proceedings.

The appeal is dismissed on motion of appellant.

Opinion PER CURIAM.

---

# Matthews v. The State.

APPEAL from the Circuit Court of Limestone.
Tried before the Hon. OSCEOLA KYLE.

W. R. WALKER, for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant in this case, Jordan Matthews, was indicted, tried and convicted for gaming in a public place.

The judgment of conviction is affirmed on the authority of *Lee v. State*, 136 Ala. 31.

Opinion by McCLELLAN, C. J.